

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*     973-645-2700
*Newark, New Jersey 07102*

March 27, 2025

**Via Regular and Electronic Mail**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *United States v. Nicholas Palma and Herman Pride*
           Crim. No. 21-578 (CCC)

Dear Judge Cecchi:

    Please accept this letter in lieu of a more formal submission to request that Count 2 of the Indictment in the above-entitled matter be dismissed as to defendants Nicholas Palma and Herman Pride. The government has determined that further prosecution of the case against defendants Nicholas Palma and Herman Pride is not in the interests of the United States at this time. Enclosed is a copy of the Indictment and an original and three copies of an Order for Dismissal of the above-entitled matter, as to defendants Nicholas Palma and Herman Pride. If the order meets with Your Honor's approval, kindly execute the original and arrange for a stamped "filed" copy to be returned to me in the enclosed self-addressed envelope. Thank you.

                                    Respectfully submitted,

                                      JOHN GIORDANO
                                    United States Attorney

                           By: *R. Joseph Gribko*
                                R. Joseph Gribko
                                Assistant United States Attorney

Encls.